# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

BRITTANY GOLDSMITH,K on behalf of herself and others Similarly situated,
*Plaintiff*

v.

REAL SOLUTIONS REALTY COMPANY, LLC,
*Defendant*

Civil Action No.   2:20-cv-3989

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 5/9/2022 the Court Grants the parties joint motion for approval of FLSA Settlement ECF No. 24.  This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   05/09/2022

CLERK OF COURT

*Christi␣M. Wenn␣*
Signature of Clerk or Deputy Clerk